UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SHARON CLEMENTS,

    Plaintiff,

vs.                                CASE NO. 3:04-cv-1106-J-HTS

JO ANNE B. BARNHART,
Commissioner of Social
Security,

    Defendant.
_____

**O R D E R**

    This cause is before the Court on Plaintiff's Uncontested Petition for Award of Attorney Fees Under the Equal Access to Justice Act (Doc. #17; Petition), filed September 27, 2005. It is represented Defendant "has no objection to the amount sought by Plaintiff's counsel." *Id.* ¶ 6.

    A total of 11.25 hours were expended in the representation of Plaintiff before the Court in 2004 and 2005. *See id.* ¶ 8; *see also* Itemization of Time Social Security Claim, attached to the Petition as Exhibit A. Plaintiff seeks fees in the amount of $1,665.00. Petition ¶ 9. This is based on an hourly rate of $148.00 for all work performed. *Id.* ¶ 7. Costs of $150.00 are also sought. *Id.* ¶ 10.

Having reviewed the Petition and case file herein, the Court finds Plaintiff satisfies the statutory requirements for an award of fees. *See* 28 U.S.C. § 2412(d). Thus, in light of the parties' agreement, Plaintiff may reasonably be awarded $1,665.00 in attorney fees and $150.00 in costs.[1]

Accordingly, the Petition (Doc. #17) is **GRANTED** and the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney fees in the amount of $1,665.00 and costs of $150.00.

**DONE AND ORDERED** at Jacksonville, Florida this 29th day of September, 2005.

/s/       Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    *pro se* parties, if any

---

[1] The Court notes the total fee sought by Plaintiff is less than the amount allowed under the Equal Access to Justice Act, 28 U.S.C. § 2412, accounting for adjustments due to an increase in the cost of living. *See id.* § 2412(d)(2)(A). For the purpose of determining the rate of inflation, the Court viewed http://data.bls.gov/cgi-bin/cpicalc.pl (last visited September 28, 2005).